**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Bricklayers and Allied Craftsmen Local 56 Fringe Benefit Fund

    Plaintiff,

v.   Case No.: 1:08−cv−01981
    Honorable Robert M. Dow Jr.

Complete Masonry Solutions, Inc., et al.

    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 29, 2008:

MINUTE entry before Judge Honorable Robert M. Dow, Jr:The Court's review of the complaint indicates that it is appropriate to give this ERISA case expedited treatment. The parties are authorized to proceed with all discovery. Discovery to be completed by 8/8/08. Plaintiff to make a disclosure pursuant to Fed.R.Civ.P. 26(a)(1) by 6/6/08. Parties to file a joint status report by 6/13/08. (See Judges Web Page for Status Report) Status hearing set for 6/19/08 at 9:00a.m. Plaintiff should notify all other parties of the court's order.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.