**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear pro hac vice as provided for by Local Rules 83.12 through 83.14.

TRUSTEES OF THE BRICKLAYERS )
AND ALLIED CRAFTSMEN LOCAL 56, et. al., ) No. 08 C 1981
               Plaintiffs, ) Judge Dow
    v. )
  ) Magistrate Judge Cox
COMPLETE MASONRY SOLUTIONS, INC., )
an Illinois corporation and DOUG WINIKATES, )
Individually, )
               Defendant. )

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Plaintiff

| | |
|---|---|
| NAME (Type or print)<br>SHANE LUEDKE | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Shane Luedke | |
| FIRM<br>ARNOLD AND KADJAN | |
| STREET ADDRESS<br>19 WEST JACKSON BLVD. | |
| CITY/STATE/ZIP<br>CHICAGO, IL. 60604 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6286752 | TELEPHONE NUMBER<br>(312) 236-0415 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐    NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑    NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐    NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐    NO ☑ |