AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTSMEN LOCAL 56, ET AL.,

Plaintiffs,

V.

COMPLETE MASONRY SOLUTIONS, INC., AN ILLINOIS CORPORATION, AND DOUG WINIKATES, INDIIVIDUALLY,

Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 08CV1981

ASSIGNED JUDGE: JUDGE DOW

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE CO:

TO: (Name and address of Defendant)

COMPLETE MASONRY SOLUTIONS, INC.
C/O ITS REGISTERED AGENT, CORPORATE AGENTS, INC.
611 SOUTH MILWAUKEE AVENUE, P. O. BOX 400
LIBERTYVILLE, IL 60048-0400

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DONALD D. SCHWARTZ
ARNOLD AND KADJAN
19 WEST JACKSON BLVD., SUITE 300
CHICAGO, IL 60604
(312) 236-0415

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK

April 8, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 5/15/08 |
| NAME OF SERVER (PRINT) | TITLE |
| Brian Riebel | Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served:
Served Complete Masonry Solutions Inc c/o Reg Agent Corporate Agents Inc c/o attorney Vincent Palmieri at law office 611 S. Milwaukee, Libertyville IL (W/M 55 glasses)

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/15/08
Date

Signature of Server

THE ARGUS AGENCY INC.
1480 RENAISSANCE DR. STE 20B
PARK RIDGE IL 60068

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.