IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE BRICKLAYERS<br>AND ALLIED CRAFTSMEN LOCAL 56<br>FRINGE BENEFIT FUND,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>COMPLETE MASONRY SOLUTIONS, INC.,<br>AN ILLINOIS CORPORATION, AND DOUG<br>WINIKATES, INDIVIDUALLY,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 08 cv 1981<br><br>Judge Dow<br><br>Magistrate Judge Cox |

### NOTICE OF MOTION

TO:  Complete Masonry Solutions and Douglas Winekates
　　　3801 Highview Dr.
　　　Crystal Lake, IL

**PLEASE TAKE NOTICE** that on **June 17, 2008**, at **9:15 a.m.** or as soon hereafter as Counsel may be heard, I shall appear before the **Honorable Judge Dow, Room 1919** in the Courtroom usually occupied by her in the Federal District Court, 219 S. Dearborn Street, Chicago, Illinois, and then and there move and present the attached Motion for Order of Default and Audit.

　　　　　　　　　　　　　　　　　　TRUSTEES OF THE BRICKLAYERS
　　　　　　　　　　　　　　　　　　AND ALLIED CRAFTSMEN LOCAL 56
　　　　　　　　　　　　　　　　　　FRINGE BENEFIT FUND


　　　　　　　　　　　　　　　　　　s/ Shane Luedke
　　　　　　　　　　　　　　　　　　One of their Attorneys

Donald D. Schwartz

Shane Luedke
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
312-236-0415 (phone)
312-341-0438 (fax)
Dated: ~~March 26, 2007~~
June 10, 2008

## PROOF OF SERVICE

I hereby certify that I electronically filed this Notice of Motion and Motion for Order of Default and Audit with the Clerk of the Court and a copy will be sent to the above-mentioned at the above-mentioned address and depositing the same, in the U.S. Mail at Jackson & Dearborn, Chicago, Illinois on the 10th day of June 2008, at or before the hour of 5:00 p.m.

        Complete Masonry Solutions and Douglas Winekates
        3801 Highview Dr.
        Crystal Lake, IL

        s/Shane Luedke
        ARNOLD AND KADJAN
        19 W. Jackson Blvd., Suite 300
        Chicago, IL 60604
        312-236-0415 (phone)
        312-341-0438 (fax)
        Dated: ~~March 26, 2007~~ June 10, 2008