# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert M. Dow, Jr. | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1981 | **DATE** | 6/17/2008 |
| **CASE TITLE** | BRICKLAYERS' vs. COMPLETE MASONRY | | |

**DOCKET ENTRY TEXT**

Enter order. Hearing held as to MOTION by Plaintiff Bricklayers and Allied Craftsmen Local 56 Fringe Benefit Fund for order of Default, Audit and Judgment Sum Certain [11]. MOTION by Plaintiff Bricklayers and Allied Craftsmen Local 56 Fringe Benefit Fund for order of Default, Audit and Judgment Sum Certain [11] is granted.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:05

| | U.S. DISTRICT COURT CLERK | Courtroom Deputy Initials: | TP |
|---|---|---|---|

2008 JUN 17 PM 1:03

FILED-EDI