IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE BRICKLAYERS<br>AND ALLIED CRAFTSMEN LOCAL 56<br>FRINGE BENEFIT FUND, | )<br>)<br>)<br>) | |
| Plaintiffs, | )<br>) | Case No. 08 cv 1981 |
| v. | )<br>) | Judge Dow |
| COMPLETE MASONRY SOLUTIONS, INC.,<br>AN ILLINOIS CORPORATION, AND DOUG<br>WINIKATES, INDIVIDUALLY, | )<br>)<br>)<br>)<br>) | Magistrate Judge Cox |
| Defendants. | ) | |

## NOTICE OF MOTION

**TO:** JTEH LLC
c/o, its register agent, Joe Tremont
720 St. Mary's Road
Green Oaks, IL 60048

**PLEASE TAKE NOTICE** that on **July 9, 2008**, at **9:15 a.m.** or as soon thereafter as Counsel may be heard, I shall appear before the **Honorable Judge Dow, Room 1919** in the Courtroom usually occupied by him/her in the Federal District Court, 219 S. Dearborn Street, Chicago, Illinois, and then and there move and present the attached Motion for Rule to Show Cause.

/S/ Shane Luedke
One of their Attorneys

Donald D. Schwartz
Shane Luedke
**ARNOLD AND KADJAN**
19 W. Jackson Blvd.
Chicago, IL 60601
(312) 236-0415

3

**PROOF OF SERVICE**

I hereby certify that I electronically filed this Notice of Motion and Motion for Order of Default and Judgment In Sum Certain with the Clerk of the Court and a copy will be sent to the above-mentioned at the above-mentioned addresses and by depositing the same, in the U.S. Mail at Jackson & Dearborn, Chicago, Illinois on the 1st day of ~~June~~ July 2008, at or before the hour of 5:00 p.m.

Complete Masonry Solutions
3801 Highview Dr.
Crystal Lake, IL

Douglas Winekates
800 S Il Route 31
Crystal Lake, IL 60014

s/Shane Luedke
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
312-236-0415 (phone)
312-341-0438 (fax)
Dated: ~~June 11,~~ July 1, 2008