# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert Dow, Jr. | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1981 | **DATE** | 7/9/2008 |
| **CASE TITLE** | Trustees of Bricklayers vs. Complete Masonry | | |

**DOCKET ENTRY TEXT**

ENTER ORDER: It is Hereby Ordered that Joe Tremont, owner of JTEH, LLC, shall personally appear before this Court on July 30, 2008 at 9:45a.m. in Courtroom 1919 to show cause why he should not be held in contempt of this Court for his failure to comply with Plaintiffs' Subpoena, served upon Joe Tremont on June 3, 2008.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | TBK |
|---|---|---|