IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTSMEN LOCAL 56 FRINGE BENEFIT FUND,<br><br>Plaintiffs,<br><br>v.<br><br>COMPLETE MASONRY SOLUTIONS, INC., AN ILLINOIS CORPORATION, AND DOUG WINIKATES, INDIVIDUALLY,<br><br>Defendants. | Case No. 08 cv 1981<br><br>Judge Dow<br><br>Magistrate Judge Cox |

## ORDER

**THIS CAUSE** coming on to be heard on Plaintiffs' Motion for Rule to Show Cause;

**IT IS HEREBY ORDERED:**

1. Joe Tremont, owner of JTEH, LLC who employees Defendant corporation, shall personally appear before this Court on July 30, 2008 at 9:45 a.m. in Courtroom 1919.

2. At that time, this Court will hold a hearing on Plaintiffs' Motion for a Rule to Show Cause why Joe Tremont should not be held in contempt of this Court for his failure to comply with Plaintiffs' Subpoena, served upon Joe Tremont on June 3, 2008.

DATED: July 9, 2008

ENTER: _____
Honorable Judge Dow

John J. Toomey
ARNOLD AND KADJAN
19 W. Jackson Blvd.
Chicago, IL 60601
(312) 236-0415

1