UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Bricklayers and Allied Craftsmen Local 56 Fringe Benefit Fund

          Plaintiff,

v.

Complete Masonry Solutions, Inc., et al.

          Defendant.

Case No.: 1:08−cv−01981
Honorable Robert M. Dow Jr.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 18, 2008:

    MINUTE entry before the Honorable Robert M. Dow, Jr: On Plaintiffs' oral motion, the MOTION by Plaintiff Bricklayers and Allied Craftsmen Local 56 Fringe Benefit Fund for rule to show cause [17] against Joe Tremont is dismissed as moot. Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.