# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert Dow, Jr. | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1981 | **DATE** | 9/3/2008 |
| **CASE TITLE** | BRICKLAYERS vs. COMPLETE MASONRY | | |

**DOCKET ENTRY TEXT**

Mr. Tremont appears on Citation to Discover Assets. Citation continued to 9/24/08 at 9:15a.m.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | TBK |
|---|---|---|